United States District Court
Eastern District of New York

2:18-cv-00809-ADS-GRB

Jackie Sanabria individually and on behalf of all others similarly situated

                      Plaintiff

- against -

Stipulation of Voluntary Dismissal

Simple Mills, Inc.

                      Defendant

    IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to either party or against the other.

    This Stipulation may be filed by plaintiff without further notice with the Clerk of the Court.

    A fully executed copy of this Stipulation shall be deemed an original for all purposes.

Dated: October 3, 2018

SHEEHAN & ASSOCIATES, P.C.

By: _____
Spencer Sheehan (SS-8533)
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com

GREENBERG TRAURIG, LLP

_____
Philip H. Cohen (PC-5171)
200 Park Avenue
New York, NY 10166
(212) 801-9200
CohenP@gtlaw.com

*Attorneys for Defendant*

LEVIN-EPSTEIN & ASSOCIATES, P.C.

Joshua Levin-Epstein
1 Penn Plaza, Ste. 2527
New York, NY 10119
(212) 792-0046
joshua@levinepstein.com

*Attorneys for Plaintiff*

2:18-cv-00809-ADS-GRB
United States District Court
Eastern District of New York

Jackie Sanabria individually and on behalf of all others similarly situated

Plaintiff

- against -

Simple Mills, Inc.

Defendant

## Stipulation of Voluntary Dismissal

Sheehan & Associates, P.C.
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  October 3, 2018

/s/ Spencer Sheehan
Spencer Sheehan