United States District Court
Eastern District of New York

Jackie Sanabria individually and on behalf of all others similarly situated

          Plaintiff

- against -

Simple Mills, Inc.

          Defendant

2:18-cv-00809-ADS-GRB

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 03 2018 ★
LONG ISLAND OFFICE

Stipulation of Voluntary Dismissal

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to either party or against the other.

This Stipulation may be filed by plaintiff without further notice with the Clerk of the Court. A fully executed copy of this Stipulation shall be deemed an original for all purposes.

Dated: October 3, 2018

SHEEHAN & ASSOCIATES, P.C.

By: _____

Spencer Sheehan (SS-8533)
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com

LEVIN-EPSTEIN & ASSOCIATES, P.C.

Joshua Levin-Epstein
1 Penn Plaza, Ste. 2527
New York, NY 10119
(212) 792-0046
joshua@levinepstein.com

*Attorneys for Plaintiff*

GREENBERG TRAURIG, LLP

_____

Philip H. Cohen (PC-5171)
200 Park Avenue
New York, NY 10166
(212) 801-9200
CohenP@gtlaw.com

*Attorneys for Defendant*

Case Closed

/s/ Arthur D. Spatt
_____
U.S.D.J.    10/3/18  10/3/18